R. Frank Steele, against S. H. Gates and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.

STEIN, Respondent, v. NOYES et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Silas W. Stein, doing business under the firm name of A. M. Stein & Co., against Leo Noyes and others. No opinion. Motion granted, with $10 costs, unless the appellants make and serve the case on appeal within 10 days and waive notice of argument for the next term of this court, in which event the motion is denied, without costs.

STERN v. MARCUSE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Nettie Stern against Millard Marcuse and others. No opinion. Motion granted, without costs. See, also, 112 N. Y. Supp. 653.

STEVENS, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Julia Stevens against the Empire State Degree of Honor. No opinion. Judgment and order affirmed, with costs.

In re STOWELL. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of Ben Leroy Stowell for admission to the bar. No opinion. Application granted.

In re STRAIL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) In the matter of the appraisal of the estate of Polly Strail, deceased, under acts relating to taxable transfers.

PER CURIAM. Order affirmed, with costs. SPRING and WILLIAMS, JJ., dissent.

STRAIT, Respondent, v. PROTECTED HOME CIRCLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Cornelius W. Strait against the Protected Home Circle.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissents. SEWELL, J., not sitting.

STRASSER, Appellant, v. RICHTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Ernest E. Strasser against Annie Richter. No opinion. Order of the County Court of Westchester county affirmed by default, with $10 costs and disbursements.

STRAUS et al. v. AMERICAN PUB. ASS'N. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Isidor Straus and another against the American Publishing Association. No opinion. Motion granted and question certified. Order filed. See, also, 111 N. Y. Supp. 830.

SWEET, Appellant, v. SWEET et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by D. Bradley Sweet against Fannie O. Sweet, individually and as executrix, etc., and others. No opinion. Judgment and order affirmed, with costs.

SWEETING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by William Sweeting against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. See, also, 112 N. Y. Supp. 225.

In re KEENEY'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the appraisal under the act in relation to taxable transfers of property of the property of Susan A. Keeney, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.

TAYLOR, Appellant, v. HENDRICKSON, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by James E. Taylor against Howard B. Hendrickson. G. E. Miner, for appellant. L. M. Young, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON, Respondent, v. STANDARD FASHION CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Cora D. Thompson against the Standard Fashion Company. J. B. Sheehan, for appellant. H. Nathan, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,500, in which event judgment, as so reduced, and order, affirmed without costs. Settle order on notice.

TOUMEY, Respondent, v. DE WITT, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Joseph Toumey against Thomas D. De Witt. J. J. Mahoney, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOWNSEND, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Lulu C. Townsend against Irving Townsend. No opinion. Order modified, on argument, by reducing the counsel fee to $250 and, as so modified, affirmed, without costs.

TROTTO, Respondent, v. BELLEW & MERRITT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October